IN THE UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF ILLINOIS

IN RE:  Debra R. Simpkins         )
                                  )    Case No:    08-30025
                                  )    Hon. Kenneth J. Meyers
                                  )    Chapter:    7
     Debtor.                      )

## MOTION TO REOPEN CASE

Now comes Debra R. Simpkins (hereinafter referred to as "DEBTOR"), by and through her attorneys, MACEY BANKRUPTCY LAW P.C., and moves this Honorable Court to enter an Order to Reopen their case and allow Debtor to further notify the Chapter 7 Trustee and requests a written notice of abandonment of their claims made in the collective action case styled as *Debra Simpkins et al. vs. Wells Fargo Insurance, Co. et al.,* 3:12-cv-00768-DRH-PMF in the United States District Court for the Southern District of Illinois.  In support for her motion, Debtor states:

1. The Debtor's case was filed on January 8, 2008.

2. Debtor's case was closed on August 5, 2009 with an Order Discharging Chapter 7 Debtor.

3. At the time of filing, Debtor had no knowledge of any cause of action against the defendants in the above suit.

4. When the Order to reopen is granted Debtor will amend schedules to appropriately schedule the asset of the cause of action and use all available exemptions allowed.

Wherefore, the Debtor moves the Court for an Order reopening this bankruptcy case so that (without limitation) Debtor may amend schedules and request a formal written notice of abandonment from the chapter 7 trustee of Debtor's claims in the case *Debra Simpkins et al. vs. Wells Fargo Insurance, Co. et al.,* 3:12-cv-00768-DRH-PMF in the United States District Court for the Southern District of Illinois, and for an Order

Discharging the Debtor be granted and for other relief as this Court deems just.

Dated: January 26, 2013

                RESPECTFULLY SUBMITTED
                Macey Bankruptcy, P.C.
                */s/ Andrew Magdy*
                Andrew Magdy, #60390MO
                515 Olive St., #702
                St. Louis, MO 63101
                Phone 314-588-1520
                Fax 314-588-1476
                amagdy@maceybankruptcylaw.com

## IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHER DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  Debra R. Simpkins** | ) | |
| | ) | **Case No:**   08-30025 |
| | ) | **Hon. Kenneth J. Meyers** |
| | ) | **Chapter:**   7 |
| **Debtor.** | | |

### Certificate of Service

The undersigned hereby certifies that a copy of Debtors' Motion to Reopen Case was served either through the Court's ECF system or by regular mail, this 26th day of January, 2013, to:

                RESPECTFULLY SUBMITTED
                Macey Bankruptcy, P.C.
                */s/ Andrew Magdy*
                Andrew Magdy, #60390MO
                515 Olive St., #702
                St. Louis, MO 63101
                Phone 314-588-1520
                Fax 314-588-1476
                amagdy@maceybankruptcylaw.com

**Via ECF**:
Office of the U.S. Trustee

Donald M. Samson

**Via regular mail**:

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

All Kids and Family Care
P.O. Box 19121
Springfield, IL 62794-9121

AmerenIP
P.O. Box 2522
Decatur, IL 62525-2522

Atlantic Credit & Finance, Inc.
P.O. Box 13525
Roanoke, VA 24035-3525

Bank of America
P.O. Box 2493
Norfolk, VA 23510-2493

Bank of America
P.O. Box 1390
Norfolk, VA 23501-1390

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348-5658

Bureau of Collection Recovery, Inc.
7575 Corporate Way
Eden Prairie, MN 55344

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093-7864

Capital One Bank
P.O. Box 790216
Saint Louis, MO 63179-0216

Care Credit
GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

Chase Cardmember Service
Attn: Credit Bureau Updates
PO Box 15919
Wilmington, DE 19850-5919

Circuit City
Chase Cardmember Services
P.O. Box 94010
Palatine, IL 60094-4010

Citi Financial Mortgage
PO Box 140069
Irving, TX 75014-0069

DirecTV
PO Box 9001069
Louisville, KY 40290-1069

Fingerhut
P.O. Box 166
Newark, NJ 07101-0166

First Bank
14001 Manchester Road
Ballwin, MO 63011

Foot Action USA
PO Box 2974
Shawnee Mission, KS 66201-2974

Gateway Metro Credit Union
1001 Pine Street
Saint Louis, MO 63101

Ginny's
1112 7th Avenue
Monroe, WI 53566

Global Vantedge, Inc.
Attn: Payment Processing
P.O. Box 3458
San Rafael, CA 94912-3458

Gordman's
P.O. Box 659705
San Antonio, TX 78265-9705

H. Gary Apoian
Attorney At Law
2810 Frank Scott Parkway, West
Suite 700
Belleville, IL 62223

| | | |
|---|---|---|
| Home Depot<br>Bankruptcy Division<br>P. O. Box 20507<br>Kansas City, MO 65195-0507 | HSBC<br>Attn: Bankruptcy Dept.<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | HSBC Auto Finance<br>Bankruptcy Notices<br>PO Box 17909<br>San Diego, CA 92177-7909 |
| Illinois Department of Human Servic<br>Case Management Unit<br>P. O. Box 19407<br>Springfield, IL 62794-9407 | Investment Retrievers<br>4511 Golden Foothill Parkway<br>El Dorado Hills, CA 95762 | Kohl's<br>PO Box 8615<br>Hagerstown, MD 21748-8615 |
| Macy's<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044 | MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | Memorial Hospital<br>P.O. Box 18200F<br>Saint Louis, MO 63150-8200 |
| Montgomery Ward<br>7840 Roswell Road<br>Building 100, Suite 210<br>Atlanta, GA 30350 | National Arbitration Forum<br>P.O. Box 50191<br>Minneapolis, MN 55405-0191 | National City<br>Attn: Bankruptcy Dept.<br>3232 Newmark Drive<br>Miamisburg, OH 45342 |
| NCO Financial Systems, Inc.<br>P.O. Box 41457<br>Philadelphia, PA 19101-1457 | OAC<br>PO Box 35607<br>Greensboro, NC 27425-5607 | Portfolio Recovery Associates, LLC<br>P.O. Box 12914<br>Norfolk, VA 23541-2914 |
| Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | Riddle & Associates, P.C.<br>PO Box 1187<br>Sandy, UT 84091-1187 | Sam's Club<br>PO Box 103104<br>Roswell, GA 30076-3104 |
| Scott Credit Union<br>302 West Winters Street<br>Scott Afb, IL 62225-1602 | Spiegel<br>Card Processing Center<br>P.O. Box 5811<br>Hicksville, NY 11802-5811 | St. Clair Township Sewer Dept.<br>P.O. Box 23685<br>Belleville, IL 62223-3685 |
| St. Elizabeth's Hospital<br>211 South Third Street<br>Belleville, IL 62222 | State Collection Service<br>P.O. Box 6586<br>Madison, WI 53716-0586 | Storment Law Office<br>Paul M. Storment, III<br>424 South High Street<br>Belleville, IL 62220 |
| Through the Country Door<br>1112 7th Avenue<br>Monroe, WI 53566-1364 | Tiburon Financial, L.L.C.<br>P.O. Box 770<br>Boys Town, NE 68010-0770 | US Bank<br>Bankruptcy Department<br>P.O. Box 5227<br>Cincinnati, OH 45202-5227 |

| | | |
|---|---|---|
| US Cellular<br>PO Box 0203<br>Palatine, IL 60055-0203 | Value City Furniture<br>P.O. Box 182273<br>Columbus, OH 43218-2273 | Vantage Credit Union<br>4020 Fee Fee Rd<br>Bridgeton, MO 63044 |
| Wal-Mart<br>P.O. Box 530929<br>Atlanta, GA 30353-0929 | Washington Mutual Card Services<br>Attn: Bankruptcy Dept.<br>PO Box 10467<br>Greenville, SC 29603-0467 | Wells Fargo<br>Ccg Collection Servicing<br>Mac X2505-016  Po Box 10438<br>Des Moines, IA 50306 |
| Wells Fargo Financial<br>525 Lincoln Highway<br>Suite 10<br>Fairview Heights, IL 62208 | Wells Fargo Home Mortgage<br>3476 Stateview Boulevard<br>Fort Mill, SC 29715 | William Stiel<br>#2 Park Place Professional<br>Belleville, IL 62226 |