IN THE UNITED STATES BANKRUPTCY COURT
SOUTHER DISTRICT OF ILLINOIS

IN RE:  Debra R. Simpkins                )
                                         )   Case No:     08-30025
                                         )   Hon. Kenneth J. Meyers
                                         )   Chapter:     7
        Debtor.                          )

## NOTICE OF DEBTOR'S MOTION TO REOPEN

Please be advised that the Debtor, Debra R. Simpkins filed her Motion to Reopen Entry with this Court on January 26, 2013. A copy of said motion is attached hereto.

Any response in opposition to the objection must filed with the Court within 21 days of the date of this Notice, with a copy forwarded to all interested parties. If no response is filed, the Court will enter an Order to Reopen without further notice any party.

Objections to said motion should be filed with the Clerk of the U.S. Bankruptcy Court, 750 Missouri Ave., East St. Louis, Illinois 62201 and mailed to Macey Bankruptcy Law, PC, Attorneys for Debtor,  515 Olive St., Ste. 702, and to Donald M. Samson Chapter 7 Trustee, 226 W Main St, Suite 102, Belleville, IL 62220.

Dated: January 26, 2013

                    RESPECTFULLY SUBMITTED
                    Macey Bankruptcy, P.C.
                    */s/ Andrew Magdy*
                    Andrew Magdy, #60390MO
                    515 Olive St., #702
                    St. Louis, MO 63101
                    Phone 314-588-1520
                    Fax 314-588-1476
                    amagdy@maceybankruptcylaw.com

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHER DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **IN RE:  Debra R. Simpkins** | ) | |
| | ) | **Case No:**    08-30025 |
| | ) | **Hon. Kenneth J. Meyers** |
| | ) | **Chapter:**    7 |
| **Debtor.** | | |

## Certificate of Service

The undersigned hereby certifies that a copy of Debtors' Notice of Motion to Reopen Case was served either through the Court's ECF system or by regular mail, this 26th day of January, 2013, to:

> RESPECTFULLY SUBMITTED
> Macey Bankruptcy, P.C.
> */s/ Andrew Magdy*
> Andrew Magdy, #60390MO
> 515 Olive St., #702
> St. Louis, MO 63101
> Phone 314-588-1520
> Fax 314-588-1476
> amagdy@maceybankruptcylaw.com

**Via ECF**:
Office of the U.S. Trustee

Donald M. Samson

**Via regular mail**:

| | | |
|---|---|---|
| Academy Collection Service, Inc.<br>10965 Decatur Road<br>Philadelphia, PA 19154-3210 | All Kids and Family Care<br>P.O. Box 19121<br>Springfield, IL 62794-9121 | AmerenIP<br>P.O. Box 2522<br>Decatur, IL 62525-2522 |
| Atlantic Credit & Finance, Inc.<br>P.O. Box 13525<br>Roanoke, VA 24035-3525 | Bank of America<br>P.O. Box 2493<br>Norfolk, VA 23510-2493 | Bank of America<br>P.O. Box 1390<br>Norfolk, VA 23501-1390 |

| | | |
|---|---|---|
| Bank of America<br>P.O. Box 15726<br>Wilmington, DE 19886-5726 | Bill Me Later<br>P.O. Box 105658<br>Atlanta, GA 30348-5658 | Bureau of Collection Recovery, Inc.<br>7575 Corporate Way<br>Eden Prairie, MN 55344 |
| Capital One Auto Finance<br>3901 Dallas Parkway<br>Plano, TX 75093-7864 | Capital One Bank<br>P.O. Box 790216<br>Saint Louis, MO 63179-0216 | Care Credit<br>GE Money Bank<br>P.O. Box 960061<br>Orlando, FL 32896-0061 |
| Chase Cardmember Service<br>Attn: Credit Bureau Updates<br>PO Box 15919<br>Wilmington, DE 19850-5919 | Circuit City<br>Chase Cardmember Services<br>P.O. Box 94010<br>Palatine, IL 60094-4010 | Citi Financial Mortgage<br>PO Box 140069<br>Irving, TX 75014-0069 |
| DirecTV<br>PO Box 9001069<br>Louisville, KY 40290-1069 | Fingerhut<br>P.O. Box 166<br>Newark, NJ 07101-0166 | First Bank<br>14001 Manchester Road<br>Ballwin, MO 63011 |
| Foot Action USA<br>PO Box 2974<br>Shawnee Mission, KS 66201-2974 | Gateway Metro Credit Union<br>1001 Pine Street<br>Saint Louis, MO 63101 | Ginny's<br>1112 7th Avenue<br>Monroe, WI 53566 |
| Global Vantedge, Inc.<br>Attn: Payment Processing<br>P.O. Box 3458<br>San Rafael, CA 94912-3458 | Gordman's<br>P.O. Box 659705<br>San Antonio, TX 78265-9705 | H. Gary Apoian<br>Attorney At Law<br>2810 Frank Scott Parkway, West<br>Suite 700<br>Belleville, IL 62223 |
| Home Depot<br>Bankruptcy Division<br>P. O. Box 20507<br>Kansas City, MO 65195-0507 | HSBC<br>Attn: Bankruptcy Dept.<br>PO Box 5213<br>Carol Stream, IL 60197-5213 | HSBC Auto Finance<br>Bankruptcy Notices<br>PO Box 17909<br>San Diego, CA 92177-7909 |
| Illinois Department of Human Servic<br>Case Management Unit<br>P. O. Box 19407<br>Springfield, IL 62794-9407 | Investment Retrievers<br>4511 Golden Foothill Parkway<br>El Dorado Hills, CA 95762 | Kohl's<br>PO Box 8615<br>Hagerstown, MD 21748-8615 |
| Macy's<br>111 Boulder Industrial Drive<br>Bridgeton, MO 63044 | MBNA America<br>PO Box 15137<br>Wilmington, DE 19886-5137 | Memorial Hospital<br>P.O. Box 18200F<br>Saint Louis, MO 63150-8200 |

Montgomery Ward
7840 Roswell Road
Building 100, Suite 210
Atlanta, GA 30350

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405-0191

National City
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

NCO Financial Systems, Inc.
P.O. Box 41457
Philadelphia, PA 19101-1457

OAC
PO Box 35607
Greensboro, NC 27425-5607

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-2914

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Riddle & Associates, P.C.
PO Box 1187
Sandy, UT 84091-1187

Sam's Club
PO Box 103104
Roswell, GA 30076-3104

Scott Credit Union
302 West Winters Street
Scott Afb, IL 62225-1602

Spiegel
Card Processing Center
P.O. Box 5811
Hicksville, NY 11802-5811

St. Clair Township Sewer Dept.
P.O. Box 23685
Belleville, IL 62223-3685

St. Elizabeth's Hospital
211 South Third Street
Belleville, IL 62222

State Collection Service
P.O. Box 6586
Madison, WI 53716-0586

Storment Law Office
Paul M. Storment, III
424 South High Street
Belleville, IL 62220

Through the Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Tiburon Financial, L.L.C.
P.O. Box 770
Boys Town, NE 68010-0770

US Bank
Bankruptcy Department
P.O. Box 5227
Cincinnati, OH 45202-5227

US Cellular
PO Box 0203
Palatine, IL 60055-0203

Value City Furniture
P.O. Box 182273
Columbus, OH 43218-2273

Vantage Credit Union
4020 Fee Fee Rd
Bridgeton, MO 63044

Wal-Mart
P.O. Box 530929
Atlanta, GA 30353-0929

Washington Mutual Card Services
Attn: Bankruptcy Dept.
PO Box 10467
Greenville, SC 29603-0467

Wells Fargo
Ccg Collection Servicing
Mac X2505-016  Po Box 10438
Des Moines, IA 50306

Wells Fargo Financial
525 Lincoln Highway
Suite 10
Fairview Heights, IL 62208

Wells Fargo Home Mortgage
3476 Stateview Boulevard
Fort Mill, SC 29715

William Stiel
#2 Park Place Professional
Belleville, IL 62226