**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In Re: | ) | IN CHAPTER 7 PROCEEDINGS |
| | ) | |
| DEBRA R. SIMPKINS | ) | BK 08-30025 |
| | ) | |
| Debtor. | ) | |

## RESPONSE TO DEBTOR'S MOTION TO REOPEN CASE FOR PURPOSE OF AMENDING SCHEDULE B AND SEEKING ABANDONMENT OF NEWLY SCHEDULED ASSET

Comes now Donald M. Samson, former trustee of the above captioned bankruptcy, and shows that he has no objection to the bankruptcy being reopened to amend the schedules to add an asset but would, if reappointed, object to abandonment of the asset prior to an opportunity to fully investigate the value of the asset to determine whether it should now be administered as an asset case.

WHEREFORE, Donald M. Samson, prays that the case be reopened and for such further relief as this Court deems just and equitable.

DATE:  2/21/13

/s/ Donald M. Samson_____
DONALD M. SAMSON, Trustee
226 W. Main St., Ste. 102
Belleville, IL  62220
618-235-2226
Fax:  618-235-0037

**CERTIFICATE OF SERVICE**

       The undersigned certifies that on the 21st day of February, 2013, a copy of the foregoing document, Response to Debtor's Motion to Reopen Case for Purpose of Amending Schedule B and Seeking Abandonment of Newly Scheduled Asset, was served upon the following electronically or by first class mail, postage prepaid:

U. S. Trustee
Becker Bldg., Rm. 1100
401 Main St.
Peoria, IL  61602

Macy Bankruptcy, PC
Attorneys for Debtor
515 Olive St., Ste. 702
St. Louis, MO  63101

Brian Hockett
Attorney at Law
Thompson Coburn LLP
One US Bank Plaza
St. Louis, MO  63101

                                        /s/ Janice Moore_____