B6B (Official Form 6B) (12/07)

In re   Debra R. Simpkins                                                     ,    Case No.   08-30025
                                              Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| # | Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Checking Account with US Bank | - | 0.00 |
|   |   |   | Checking Account with Regions Bank | - | 100.00 |
|   |   |   | Savings Account with Regions Bank | - | 100.00 |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | | Miscellaneous used household goods | - | 1,750.00 |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | Miscellaneous books, CD's, DVDs etc. | - | 250.00 |
| 6. | Wearing apparel. | | Personal Used Clothing | - | 500.00 |
| 7. | Furs and jewelry. | | Miscellaneous costume jewelry | - | 250.00 |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | Whole Life Policy - New Policy - Through Washington Mutual [Children = Beneficiaries] | - | 0.00 |
|   |   |   | Term Life Insurance - No cash surrender value - Through job | - | 0.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

|  |  | Sub-Total > | 2,950.00 |
|---|---|---|---|
|  |  | (Total of this page) |  |

  2   continuation sheets attached to the Schedule of Personal Property

**B6B (Official Form 6B) (12/07) - Cont.**

In re   Debra R. Simpkins                                                                 ,   Case No.   08-30025
                                         Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | Pension through employer - 100% exempt | - | Unknown |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | | Class Action, approximate contingent value listed. | - | 1,000.00 |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | Workers Comp Lawsuit - Rep'd by Mark Glass | - | Unknown |
| | | Personal Injury claim from auto accident on 12/9/07. Kirkpatrick Lawfirm, James Carraway | - | Unknown |

Sub-Total >    1,000.00
(Total of this page)

Sheet  1  of  2   continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re  Debra R. Simpkins , Case No. 08-30025
Debtor

# SCHEDULE B - PERSONAL PROPERTY - AMENDED
(Continuation Sheet)

| Type of Property | NONE | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | 2003 Chevy Cavalier [50,000 Miles] - Lien Held By HSBC Auto | - | 6,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | | Dog - Family Pet | - | 0.00 |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

Sub-Total >     6,600.00
(Total of this page)
Total >     10,550.00

Sheet  2  of  2  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In re: | ) | Case No. 08-30025 |
| | ) | |
| Debra R. Simpkins | ) | |
| | ) | |
| Debtor(s), | ) | Chapter 13 |
| | ) | |

**Certificate of Service**

The undersigned hereby certifies that a copy of Debtors' Amended Schedule B was served either through the Court's ECF system or by regular mail, this 28th day of March, 2013, to:

/s/ *Chantal B. Methot*

*Trustee*
Russell C. Simon
Chapter 13 Trustee

*U.S. Trustee*
**United States Trustee**

Academy Collection Service, Inc.
10965 Decatur Road
Philadelphia, PA 19154-3210

All Kids and Family Care
P.O. Box 19121
Springfield, IL 62794-9121

AmerenIP
P.O. Box 2522
Decatur, IL 62525-2522

Atlantic Credit & Finance, Inc.
P.O. Box 13525
Roanoke, VA 24035-3525

Bank of America
P.O. Box 2493
Norfolk, VA 23510-2493

Bank of America
P.O. Box 1390
Norfolk, VA 23501-1390

Bank of America
P.O. Box 15726
Wilmington, DE 19886-5726

Bill Me Later
P.O. Box 105658
Atlanta, GA 30348-5658

Bureau of Collection Recovery, Inc.
7575 Corporate Way
Eden Prairie, MN 55344

Capital One Auto Finance
3901 Dallas Parkway
Plano, TX 75093-7864

Capital One Bank
P.O. Box 790216
Saint Louis, MO 63179-0216

Care Credit
GE Money Bank
P.O. Box 960061
Orlando, FL 32896-0061

Chase Cardmember Service
Attn: Credit Bureau Updates
PO Box 15919
Wilmington, DE 19850-5919

Circuit City
Chase Cardmember Services
P.O. Box 94010
Palatine, IL 60094-4010

Citi Financial Mortgage
PO Box 140069
Irving, TX 75014-0069

DirecTV
PO Box 9001069
Louisville, KY 40290-1069

Fingerhut
P.O. Box 166
Newark, NJ 07101-0166

First Bank
14001 Manchester Road
Ballwin, MO 63011

Foot Action USA
PO Box 2974
Shawnee Mission, KS 66201-2974

Gateway Metro Credit Union
1001 Pine Street
Saint Louis, MO 63101

Ginny's
1112 7th Avenue
Monroe, WI 53566

Global Vantedge, Inc.
Attn: Payment Processing
P.O. Box 3458
San Rafael, CA 94912-3458

Gordman's
P.O. Box 659705
San Antonio, TX 78265-9705

H. Gary Apoian
Attorney At Law
2810 Frank Scott Parkway, West
Suite 700
Belleville, IL 62223

Home Depot
Bankruptcy Division
P. O. Box 20507
Kansas City, MO 65195-0507

HSBC
Attn: Bankruptcy Dept.
PO Box 5213
Carol Stream, IL 60197-5213

HSBC Auto Finance
Bankruptcy Notices
PO Box 17909
San Diego, CA 92177-7909

Illinois Department of Human Servic
Case Management Unit
P. O. Box 19407
Springfield, IL 62794-9407

Investment Retrievers
4511 Golden Foothill Parkway
El Dorado Hills, CA 95762

Kohl's
PO Box 8615
Hagerstown, MD 21748-8615

Macy's
111 Boulder Industrial Drive
Bridgeton, MO 63044

MBNA America
PO Box 15137
Wilmington, DE 19886-5137

Memorial Hospital
P.O. Box 18200F
Saint Louis, MO 63150-8200

Montgomery Ward
7840 Roswell Road
Building 100, Suite 210
Atlanta, GA 30350

National Arbitration Forum
P.O. Box 50191
Minneapolis, MN 55405-0191

National City
Attn: Bankruptcy Dept.
3232 Newmark Drive
Miamisburg, OH 45342

NCO Financial Systems, Inc.
P.O. Box 41457
Philadelphia, PA 19101-1457

OAC
PO Box 35607
Greensboro, NC 27425-5607

Portfolio Recovery Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-2914

Resurgent Capital Services
P.O. Box 10587
Greenville, SC 29603-0587

Riddle & Associates, P.C.
PO Box 1187
Sandy, UT 84091-1187

Sam's Club
PO Box 103104
Roswell, GA 30076-3104

Scott Credit Union
302 West Winters Street
Scott Afb, IL 62225-1602

Spiegel
Card Processing Center
P.O. Box 5811
Hicksville, NY 11802-5811

St. Clair Township Sewer Dept.
P.O. Box 23685
Belleville, IL 62223-3685

St. Elizabeth's Hospital
211 South Third Street
Belleville, IL 62222

State Collection Service
P.O. Box 6586
Madison, WI 53716-0586

Storment Law Office
Paul M. Storment, III
424 South High Street
Belleville, IL 62220

Through the Country Door
1112 7th Avenue
Monroe, WI 53566-1364

Tiburon Financial, L.L.C.
P.O. Box 770
Boys Town, NE 68010-0770

US Bank
Bankruptcy Department
P.O. Box 5227
Cincinnati, OH 45202-5227

US Cellular
PO Box 0203
Palatine, IL 60055-0203

Value City Furniture
P.O. Box 182273
Columbus, OH 43218-2273

Vantage Credit Union
4020 Fee Fee Rd
Bridgeton, MO 63044

Wal-Mart
P.O. Box 530929
Atlanta, GA 30353-0929

Washington Mutual Card Services
Attn: Bankruptcy Dept.
PO Box 10467
Greenville, SC 29603-0467

Wells Fargo
Ccg Collection Servicing
Mac X2505-016  Po Box 10438
Des Moines, IA 50306

Wells Fargo Financial
525 Lincoln Highway
Suite 10
Fairview Heights, IL 62208

Wells Fargo Home Mortgage
3476 Stateview Boulevard
Fort Mill, SC 29715

William Stiel
#2 Park Place Professional
Belleville, IL 62226